1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                        DISTRICT OF OREGON

9                        PORTLAND DIVISION

10

11

12  JONATHAN HOLLANDER,                    No. 3:11-cv-01200-HU

13          Plaintiff,                     **OPINION AND**
                                                    **ORDER**
14       v.

15  RAINIER SCHOOL DISTRICT,

16          Defendant.

17  _____

18  Jonathan Hollander
    jehollander@gmail.com
19  5327 SE 77th Ave.
    Portland, OR 97206
20  Telephone: (503) 308-7056

21       Plaintiff Pro Se

22  Steven A. Kraemer
    sak@hartwagner.com
23  Leslie A. Edenhofer
    lae@hartwagner.com
24  HART WAGNER LLP
    1000 SW Broadway, Twentieth Floor
25  Portland, OR 97205
    Telephone: (503) 222-4499
26  Facsimile: (503) 222-2301

27       Attorneys for Defendant
         Rainier School District
28

Page 1 - OPINION AND ORDER

1  HUBEL, Magistrate Judge:

2       On October 31, 2013, the Court entered an Opinion and Order,
3  wherein it: (1) informed Plaintiff Jonathan Hollander ("Plaintiff")
4  that he would be required to sit for a deposition that would take
5  place in the mediation room on the ninth floor of the Hatfield
6  Courthouse, located at 1000 Southwest Third Avenue in Portland,
7  Oregon; (2) ordered Plaintiff to confirm to the Court and counsel,
8  in writing, by November 12, 2013, at 12:00 p.m., whether he planned
9  on appearing in person for his deposition; (3) ordered Plaintiff to
10 produce, by November 12, 2013, at 12:00 p.m., all records
11 substantiating any other expenses, economic or special damages, for
12 which Plaintiff contends Defendant is liable for the period of
13 January 1, 2010, through the present, and all records relating to
14 any counseling or psychological therapy of any type sought by
15 Plaintiff for the period of January 1, 2008, through the present;
16 and (4) informed Plaintiff that a telephone scheduling conference
17 was going to be held on November 13, 2013, at 1:30 p.m., to set the
18 date of Plaintiff's deposition and a date for oral argument on
19 Plaintiff's pending motion for summary judgment.

20      The November 12, 2013 deadline came and passed without
21 Plaintiff confirming whether he planned on appearing in person for
22 his deposition or producing the outstanding discovery described
23 above.

24      At approximately 1:30 p.m. on November 13, 2013, the Court
25 attempted to convene a telephone scheduling conference with the
26 parties.  Prior to contacting Defendant Rainier School District's
27 ("Defendant") counsel and placing her on hold, the courtroom deputy
28 made several unsuccessful attempts to contact Plaintiff via the

Page 2 - OPINION AND ORDER

1  telephone number and email address listed for him on the District

2  of Oregon's electronic filing system, as well as the telephone

3  number previously provided by Defendant's counsel.  The courtroom

4  deputy's email to Plaintiff is attached as Exhibit 1.

5       As described in great detail in the October 31, 2013 Opinion

6  and Order, (Op. & Order, Docket No. 87), which is incorporated

7  herein by reference, this is not the first time Plaintiff has

8  failed to appear for a hearing or comply with this Court's orders.

9  Indeed, in the October 31, 2013 Opinion and Order, the Court

10 explicitly warned Plaintiff that his conduct and failure to comply

11 with court orders could result in the dismissal of his case:

12       Plaintiff has failed to appear for three hearings and
         been more than a little obstructive in his approach to
13       this case over the last several months.  The Court warned
         Plaintiff that, if he failed to attend the October 30[,
14       2013] hearing, he should expect a show cause order
         requiring him to demonstrate why this case should not be
15       dismissed.   The Court has clearly set forth what
         Plaintiff must do to proceed with his case in this order.
16       If he fails to do any part of what is ordered here
         without obtaining permission in writing from the Court at
17       least twenty-four hours in advance, a hearing will be
         promptly scheduled on Defendant's motion to dismiss
18       (Docket No. 75) and Plaintiff will be required to file
         his arguments against dismissal in writing seven business
19       days before that hearing.  And attend that hearing.   If
         Plaintiff's explanation for failing to follow this court
20       order is not satisfactory, his case will be dismissed
         either with or without prejudice, whichever the facts
21       support at that time.

22 (Op. & Order, Docket No. 87.)

23      In light of Plaintiff's failure to comply with the October 31,

24 2013 Opinion and Order, the Court implemented lesser sanctions

25 during the November 13, 2013 scheduling conference, namely,

26 striking Plaintiff's pending motion (Docket No. 57) for summary

27 judgment. *Cf. Stephens v. Nike, Inc.*, No. 3:11-cv-00736-HU, 2012

28

Page 3 - OPINION AND ORDER

1  WL 1801832, at *1 (D. Or. May 17, 2012 (citing *Hyde & Drath v.*
2  *Baker*, 24 F.3d 1162, 1167 (9th Cir. 1994)).   The Court also (1)
3  discussed the feasibility of less drastic sanctions, such as
4  striking Plaintiff's claim for damages and/or non-economic or
5  emotional distress damages; (2) set a hearing on Defendant's
6  pending motion (Docket No. 75) to dismiss for December 5, 2013, at
7  1:30 p.m.; (3) set a deadline of November 22, 2013, at 4:30 p.m.,
8  for Plaintiff to respond in writing to Defendant's motion to
9  dismiss and also explain his continued failure to comply with the
10 Court's orders; and (4) set a deadline of November 22, 2013, at
11 4:30 p.m., for Defendant to supplement the record on its pending
12 motion to dismiss.
13      Plaintiff is expected to appear for the December 5, 2013 oral
14 argument either in person or by telephone (if by phone, he must
15 contact the Court in writing advising of his intent and supplying
16 a working phone number he will actually answer on December 5,
17 2013).   For further details regarding the November 13, 2013
18 scheduling conference, the parties are advised to contact the
19 stenographer to obtain a copy of the transcript.
20      IT IS SO ORDERED.
21      Dated this 13th day of November, 2013.
                                    /s/ Dennis J. Hubel
22                        _____
                                    DENNIS J. HUBEL
23                            United States Magistrate Judge
24
25
26
27
28

Page 4 - OPINION AND ORDER